In the Matter of the Application of THE NIAGARA FALLS
HYDRAULIC POWER AND MANUFACTURING COMPANY,
Appellant, for the Change of the Proposed Route of THE
NIAGARA FALLS AND LEWISTON RAILROAD COMPANY,
Respondent.

(Argued October 12, 1894; decided October 30, 1894.)

APPEAL from order of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made March 28, 1893, which affirmed a determination of com-
missioners appointed in the above proceeding.

*John L. Romer* for appellant.

*Herbert P. Bissell* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. ────────